■ In the Matter of the Accounting of the MARINE MIDLAND TRUST COMPANY OF NEW YORK et al., as Temporary Administrators and Executors of GUIDO PERERA, Deceased, Respondents. JOHN B. BROOKS, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

## (November 12, 1957)

■ In the Matter of the Probate of the Will of GABRIEL PASCAL, Deceased. MARIANNE Z. SPEELMAN, Appellant-Respondent; VALERIE PASCAL et al., Respondents-Appellants; FRANCIS X. STEPHENS, JR., Respondent. In the Matter of the Estate of GABRIEL PASCAL, Deceased. VALERIE PASCAL, Appellant; MARIANNE Z. SPEELMAN, Respondent-Appellant; EUGENIO LEHEL, Respondent.— Decree, so far as appealed from, affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Settle order. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ. [2 Misc 2d 337.] [See post, p. 1021.]

■ In the Matter of LOUIS J. PRELESNICK, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed. No opinion. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ.

■ YETTA GELBER et al., Plaintiffs, v. POLJAC REALTY CORPORATION, Defendant, and BAINBRIDGE SUPER MARKET, INC., et al., Defendants and Third-Party Plaintiffs-Respondents. ÆTNA CASUALTY AND SURETY COMPANY, Third-Party Defendant-Appellant.— Judgment so far as appealed from unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ.

■ SOPHIE BAUMGARTNER, Respondent, v. WARREN W. BAUMGARTNER, Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ FREDERICK BRAUN, Respondent, v. FORDHAM TRANSIT Co., INC., et al., Appellants.—Judgment appealed from reversed and new trial ordered, with costs to abide the event, on the ground of excessiveness of verdict, unless the plaintiff stipulates to reduce verdict to the sum of $15,000, in which event, the judgment, as so modified, is affirmed, without costs. All concur. Settle order. Concur — Peck, P. J., Breitel, Rabin and Bergan, JJ.

■ ANTIPYROS COMPANY et al., Appellants, v. SAMUEL BREITER & Co. INC., Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ. [8 Misc 2d 310.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER DREHER, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ MICHAEL BARRON et al., Copartners Doing Business as M. BARRON, et al., Respondents, v. FARM BUREAU MUTUAL AUTOMOBILE INSURANCE COMPANY, and Its Successor in Interest NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ. [See post, p. 942.]

■ BEN MEYERS, Appellant, v. CHARLES A. SARETSKY et al., Respondents. Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.